# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARVEY PATRICK SHORT,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **PFIZER, INC.,** | : | |
| *Defendant*. | : | **NO. 22-cv-04762** |

## ORDER

**AND NOW**, this **8th** day of **June 2023**, upon consideration of Defendant's Motion to Dismiss (ECF No. 15), and Plaintiff having filed no response,[1] it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons in the Court's Memorandum, and all of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is instructed to **CLOSE** this matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Defendant filed this Motion to Dismiss on January 13, 2023. ECF No. 15. Plaintiff filed a Motion for Default Judgment on February 8, 2023. ECF No. 17. On February 22, 2023, the Court denied Plaintiff's Motion for Default Judgment and set a deadline of March 22, 2023 for Plaintiff to respond to the Motion to Dismiss. ECF No. 20. Plaintiff has filed no such response.